Joseph G. Jolicoeur, Appellant, v. Nelson H. Brown
et al., Appellees.

Gen. No. 42,301.

opinion filed December 30, 1942; rehearing denied January 20, 1943. McKinley, · Price & Quindry, for appellant; William McKinley and Paul E. Price, of counsel; Leo L. Donahoe and Maurice R. Marchello, for appellees. Opinion by JUSTICE SCANLAN. "Not to be published in full."

George Love, Appellant, v. Goldenberg Furniture
Company, Appellee.

Gen. No. 42,374.

opinion filed December 30, 1942; rehearing denied February 9, 1943. B. G. Clanton, for appellant; Rubenstein, Haggenjos & Monarch, for appellee. Opinion by JUSTICE SCANLAN. "Not to be published in full."